UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

----------------------------------------------------------------X

IN RE: Request from Canada ) 1:00MC118
Pursuant to the Treaty )
Between the United States )
of America and Canada on )
Mutual Legal Assistance )
in Criminal Matters )

----------------------------------------------------------------X

## MOTION TO APPOINT CO-COMMISSIONER

Comes now John W. Stone, Jr., Commissioner in this case, and shows unto the Court the following:

1. On October 27, 2000, this Court appointed the undersigned Assistant United States Attorney as Commissioner and directed him to execute the Treaty Between the United States of America and Canada on Mutual Legal Assistance in Criminal Matters. (See attached order filed October 27, 2000).

2. The Commissioner may require assistance in the collection of evidence in this matter and in working with the Canadian authorities.

WHEREFORE, the Commissioner respectfully requests that Assistant United States Attorney Harry L. Hobgood be appointed as Co-Commissioner in this case and that he be empowered to carry out the directives as set forth in this Court's Order of October 27, 2000.

/s/ John W. Stone, Jr.
John W. Stone, Jr. NCSB #8046
Assistant U.S. Attorney
PO Box 1858
Greensboro, NC 27402
(336) 333-5351
John.Stone@usdoj.gov