4.

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

D/W.W.

FILED OCT 27 2000

1:00MC118

------------------------------------X
IN RE:  Request from Canada          )
        Pursuant to the Treaty       )
        Between the United States    )
        of America and Canada on     )
        Mutual Legal Assistance      )
        in Criminal Matters          )
------------------------------------X

## ORDER

Upon application of the United States, and upon review of the request from Canada seeking evidence under the Treaty on Mutual Legal Assistance in Criminal Matters, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the <u>Treaty Between the United States of America and Canada on Mutual Legal Assistance in Criminal Matters</u>, as well as 28 U.S.C. §1782 and this Court's inherent authority, that John W. Stone, Jr. is appointed as a Commissioner of this Court and is hereby directed to execute the Treaty request as follows:

1. take such steps as are necessary, including issuance of commissioner's subpoenas, to collect the evidence requested;

2. provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

3. adopt procedures to collect the evidence requested, consistent with its use in the investigation or proceeding for

which Canada has requested assistance, which procedures may be specified in the request or provided by or with the approval of the Canadian Central Authority under the Treaty;

4. seek such further orders of this Court as may be necessary to execute this request; and

5. certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to Canada.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, special agents of the Federal Bureau of Investigation and/or representatives of Canada.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 27, 2000