UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

------------------------------------------------------------------------X

IN RE:   Request from Canada ) 1:00MC118
         Pursuant to the Treaty )
         Between the United States )
         of America and Canada on )
         Mutual Legal Assistance )
         in Criminal Matters )

------------------------------------------------------------------------X

## ORDER

Upon the Motion to Appoint Co-Commissioner, filed by John W. Stone, Jr., Commissioner in this case,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the <u>Treaty Between the United States of America and Canada on Mutual Legal Assistance in Criminal Matters</u>, as well as 28 U.S.C. § 1782 and this Court's inherent authority, that Harry L. Hobgood is appointed as a Co-Commissioner of this Court and is hereby directed to execute the Treaty request as set forth in this Court's Order of October 27, 2000.

_____
United States District Judge

Dated: _____, 2007.