UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: Request from Canada ) 1:00MC118
Pursuant to the Treaty )
Between the United States )
of America and Canada on )
Mutual Legal Assistance )
in Criminal Matters )

## ORDER

Upon the Motion to Appoint Co-Commissioner, filed by John W. Stone, Jr., Commissioner in this case,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the <u>Treaty Between the United States of America and Canada on Mutual Legal Assistance in Criminal Matters</u>, as well as 28 U.S.C. § 1782 and this Court's inherent authority, that Harry L. Hobgood is appointed as a Co-Commissioner of this Court and is hereby directed to execute the Treaty request as set forth in this Court's Order of October 27, 2000.

This the 18th day of September, 2007.

/s/ James A. Beaty
United States District Court Judge