UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

```
------------------------------------------------------------------------X
IN RE:   Request from Canada                    )          1:00MC118
         Pursuant to the Treaty                 )
         Between the United States              )
         of America and Canada on               )
         Mutual Legal Assistance                )
         in Criminal Matters                    )
------------------------------------------------------------------------X
```

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the United States of America, by and through, Anna Mills

Wagoner, United States Attorney for the Middle District of North Carolina, and hereby

gives notice of the voluntary dismissal, without prejudice, pursuant to Rule 41(a)(1)(A) of

the Federal Rules of Civil Procedure of this Official Request by the Canadian Central

Authority requesting judicial assistance.

I, John W. Stone, First Assistant United States Attorney for the Middle District of

North Carolina, having been appointed Commissioner by Order of this Court filed on

October 27, 2000, and Harry L. Hobgood, Assistant United States Attorney for the

Middle District of North Carolina, having been appointed Co-Commissioner by Order of

this Court filed on September 18, 2007 for the purpose of taking evidence in accordance

with the request of Canada notify the Court that the requirements of such appointments

have been completed.

The Office of International Affairs has notified the United States Attorney's Office

that the information gathered is sufficient to satisfy Canada's request and the case may be

closed.

This the 12th day of May, 2010.


Respectfully submitted,

ANNA MILLS WAGONER
United States Attorney


/s/John W. Stone, Jr.
John W. Stone, Jr. NCSB #8046
First Assistant U.S. Attorney
PO Box 1858
Greensboro, NC 27402
(336) 333-5351
John.Stone@usdoj.gov